

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00048-CV

**1995 GMC PICKUP VIN 2GTEC19KXS1566357**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 19744B
Honorable Rex Emerson, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Beth Watkins, Justice

Delivered and Filed: March 11, 2020

DISMISSED

When Jason Todd Newcombe filed this appeal, he was required to pay a $205.00 filing fee. *See* TEX. R. APP. 5; TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN CIVIL CASES IN THE SUPREME COURT AND THE COURTS OF APPEALS AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 159158, Aug. 28, 2015). Newcombe did not pay the required filing fee; accordingly, the clerk of this court notified him by letter on January 24, 2020, that his notice of appeal was conditionally filed and the filing fee was due within ten days. On February 20, 2020, when the fee remained unpaid, this court ordered that Newcombe must, not

later than March 2, 2020, either (1) pay the applicable filing fee or (2) provide written proof to this court that he is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay at the time an item is presented for filing whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just."). The court advised Newcombe that if he failed to respond satisfactorily within the time ordered, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3.

The filing fee has not been paid, and Newcombe has not otherwise responded to our order. We therefore dismiss this appeal for want of prosecution.

PER CURIAM